LAWRENCE STIER, as Receiver, Respondent, v. PRESIDENT HOTEL, INC. et al., Appellants.— STALEY, JR., J.

Gibson,
P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum
by Staley, Jr., J.